## A94A2457. THE STATE v. WILBANKS.
(450 SE2d 293)

BLACKBURN, Judge.

The State appeals the trial court's order granting appellee William Bradford Wilbanks' motion to suppress in the revocation of probation hearing below as a direct appeal of a ruling in a criminal case pursuant to OCGA § 5-7-1 (a) (4).

Inasmuch as a revocation of probation hearing is not a criminal proceeding, *Smith v. State*, 171 Ga. App. 279, 281 (319 SE2d 113) (1984), we lack direct appeal jurisdiction in the case at bar. OCGA § 5-7-1 (a). Jurisdiction lies upon application only. OCGA § 5-6-35 (a) (5). *Rebich v. Miles*, 264 Ga. 467, 468-469 (448 SE2d 192) (1994). See also *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).

*Case dismissed. Birdsong, P. J., and Ruffin, J., concur.*

DECIDED NOVEMBER 15, 1994.

*Jack O. Partain III, District Attorney, Kermit N. McManus, Assistant District Attorney,* for appellant.
*Little & Adams, Robert B. Adams,* for appellee.